**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: **Esthralietta Parker**                                           Case No.: **18-17658**
                                                                        Chapter 13

                    Debtor(s)

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, **Esthralietta Parker**, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for **September 18, 2019**, in the above-referenced case:

1. The above-named debtor(s) will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Dated September 17, 2019

                                        Respectfully Submitted,

                                        /s/ Daniel E. Mueller
                                        Daniel E. Mueller
                                        Harborstone Law Group
                                        40 W. Evergreen Ave., Ste 101
                                        Philadelphia, PA 19118
                                        215-248-0989
                                        Attorney for the Debtor