**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   Esthralietta Parker                                    Case No.   18-17658-jkf
                          Debtor(s)                            Chapter    13

### ORDER

Applicant Daniel E. Mueller, attorney for the debtor, is hereby allowed the sum of $4000 as compensation for the services referenced in his Application for Compensation and Reimbursement of Expenses. The trustee is authorized to pay the unpaid balance of $3000 from the estate in accordance with the plan.

Date: _____, 2019

_____
HONORABLE JEAN F. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

Cc:

Scott F. Waterman (Chapter 13)                      United States Trustee
ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com    USTPRegion03.PH.ECF@usdoj.gov

Daniel E. Mueller, Esq.
harborstoneecf@gmail.com; dem@demattorney.com