**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re  **Esthralietta Parker** | Case No.  **18-17658-jkf** |
| **Debtor(s)** | Chapter  **13** |

## CERTIFICATE OF NO RESPONSE

  I, Daniel E. Mueller, Attorney at Law, certify that on **October 30, 2019,** I caused true and correct copies of the APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES and PROPOSED ORDER, to be served upon all interested parties **(1)** electronically via the Court's CM/ECF System upon the attached Electronic Service List or **(2)** by standard first class postal mail.

  I further certify that I have checked the Court's docket and no Response, Objection, or Answer has been filed in this matter.

  Dated: **November 21, 2019**

              By: /s/ Daniel E. Mueller
              Daniel E. Mueller
              Harborstone Law Group
              40 W. Evergreen Ave., Suite 101
              Philadelphia, PA 19118
              215-248-0989
              Attorney for the Debtor

## **ELECTRONIC SERVICE LIST**

Scott F. Waterman (Chapter 13)
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov