**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   Esthralietta Parker                               Case No.   18-17658-jkf
                        Debtor(s)                         Chapter    13

**ORDER**

Applicant Daniel E. Mueller, attorney for the debtor, is hereby allowed the sum of $4000 as compensation for the services referenced in his Application for Compensation and Reimbursement of Expenses. The trustee is authorized to pay the unpaid balance of $3000 from the estate in accordance with the plan.

Date: _____        _____
                                HONORABLE JEAN F. FITZSIMON
                                UNITED STATES BANKRUPTCY JUDGE

**Date: December 6, 2019**

Cc:

Scott F. Waterman (Chapter 13)                  United States Trustee
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  USTPRegion03.PH.ECF@usdoj.gov

Daniel E. Mueller, Esq.
harborstoneecf@gmail.com; dem@demattorney.com