United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17658-jkf
Esthralietta Parker                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia          Page 1 of 2          Date Rcvd: Apr 29, 2020
                            Form ID: pdf900          Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db          +Esthralietta Parker,   2107 74th Avenue,   Philadelphia, PA 19138-2229
14232096    +Credit Acceptance,   25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
14232098    +David Fein, Esq.,   KML Law Group,   701 Market St, Ste 5000,   Philadelphia, PA 19106-1541
14232101    +MOHELA/Debt of Ed,   Attn: Bankruptcy,   633 Spirit Dr,   Chesterfield, MO 63005-1243
14261496     MONTEREY FINANCIAL SERVICES,   C/O MERCHANTS CREDIT SOLUTIONS,   PO BOX 3664,
             TUSTIN CA 92781-3664
14232102    +Monterey Col,   Attn: Bankruptcy,   4095 Avenida De La Plata,   Oceanside, CA 92056-5802
14232103    +Monterey Financial Svc,   Attn: Bankruptcy Dept,   4095 Avenida De La Plata,
             Oceanside, CA 92056-5802
14232104     Nathaniel Richards,   Shadesview Drive,   Mobile, AL 36608
14263821    +Pennsylvania Housing Finance Agency,   c/o Rebecca A. Solarz, Esq.,   KML Law Group, P.C.,
             701 Market Street, Suite 5000,   Philadelphia, PA. 19106-1541
14232106    +Philadelphia FCU,   Attn: Bankruptcy,   12800 Townsend Rd,   Philadelphia, PA 19154-1095
14232109     Target,   Target Card Services,   Mail Stop NCB-0461,   Minneapolis, MN 55440
14232110    +Transportation Workers FCU,   919 E Cayuga St,   Philadelphia, PA 19124-3817
14234058    +US Dept of Education/MOHELA,   633 Spirt Dr.,   Chesterfield MO 63005-1243
14263365    +Wells Fargo Bank N.A., dba Wells Fargo Auto,   PO Box 130000,   Raleigh, NC 27605-1000
14232111    +Wells Fargo Dealer Services,   Attn: Bankruptcy,   Po Box 19657,   Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Apr 30 2020 03:19:45     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 30 2020 03:19:21
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 30 2020 03:19:33     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 30 2020 03:19:05
             AmeriCredit Financial Services, Inc. dba GM Financ,   P.O. Box 99605,
             Arlington, TX  76096-9605
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:29:25     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14232093    +E-mail/Text: bkrpt@retrievalmasters.com Apr 30 2020 03:19:23
             AMCA/American Medical Collection Agency,   Attention: Bankruptcy,
             4 Westchester Plaza, Suite 110,   Elmsford, NY 10523-1615
14250663     E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 30 2020 03:19:05
             Americredit Financial Services, Inc.,   Dba GM Financial,   P.O Box 183853,
             Arlington, TX 76096
14259138    +E-mail/Text: g20956@att.com Apr 30 2020 03:19:49     AT&T Mobility II LLC,
             %AT&T SERVICES INC.,   KAREN A. CAVAGNARO  LEAD PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
             BEDMINSTER, NJ. 07921-2693
14232094    +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 30 2020 03:19:05
             AmeriCredit/GM Financial,   Attn: Bankruptcy,   Po Box 183853,   Arlington, TX 76096-3853
14261314     E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:30:05
             Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
14251213     E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:29:02     CACH, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14232096    +E-mail/Text: ebnnotifications@creditacceptance.com Apr 30 2020 03:18:58     Credit Acceptance,
             25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
14232097    +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 30 2020 03:19:53
             Credit Collection Service,   Attn: Bankruptcy,   Po Box 773,   Needham, MA 02494-0918
14232099    +E-mail/Text: bknotice@ercbpo.com Apr 30 2020 03:19:26     ERC/Enhanced Recovery Corp,
             Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
14232095     E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 30 2020 03:28:58     Chase Card Services,
             Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850
14251204     E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:29:03     LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14232100    +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2020 03:19:23     Midland Funding,
             2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
14257036    +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2020 03:19:23     Midland Funding LLC,
             PO Box 2011,   Warren, MI 48090-2011
14232105     E-mail/Text: blegal@phfa.org Apr 30 2020 03:19:25     Pennsylvania Housing Finance Agency,
             Attn: Bankruptcy,   Po Box 8029,   Harrisburg, PA 17105
14232972    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2020 03:29:01
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14263072    +E-mail/Text: blegal@phfa.org Apr 30 2020 03:19:24     Pennsylvania Housing Finance Agency,
             211 North Front Street,   Harrisburg, PA 17101-1406
14232107    +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:29:03
             Resurgent Capital Services,   Po Box 10587,   Greenville, SC 29603-0587
14262554    +E-mail/Text: bncmail@w-legal.com Apr 30 2020 03:19:28     SYNCHRONY BANK,
             c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132

```
District/off: 0313-2          User: Virginia          Page 2 of 2          Date Rcvd: Apr 29, 2020
                              Form ID: pdf900         Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14232108        +E-mail/Text: bankruptcy@sw-credit.com Apr 30 2020 03:19:24      Southwest Credit Systems,
                 4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
14237543        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 30 2020 03:29:30      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14262553        +E-mail/Text: bncmail@w-legal.com Apr 30 2020 03:19:28      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14319184        +E-mail/Text: megan.harper@phila.gov Apr 30 2020 03:19:45      Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,   Tax & Revenue Unit,   Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1613
                                                                              TOTAL: 27


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14319185*       +Water Revenue Bureau,   c/o City of Philadelphia Law Department,   Tax & Revenue Unit,
                 Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1613
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
```
          DANIEL E. MUELLER    on behalf of Debtor Esthralietta  Parker dem@demattorney.com,
           harborstoneecf@gmail.com
          LEON P. HALLER    on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

ESTHRALIETTA  PARKER

Debtor

Chapter 13

Bankruptcy No. 18-17658-JKF

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 29, 2020**

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE