| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-17658-AMC**

| | |
|---|---|
| ESTHRALIETTA  PARKER | Petition Filed Date: 11/16/2018 |
| 2107 74TH AVENUE | 341 Hearing Date: 01/11/2019 |
| PHILADELPHIA  PA    19138 | Confirmation Date: 09/18/2019 |

Case Status: Dismissed After Confirmation on 4/29/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $325.00 | | 01/11/2019 | $325.00 | | 02/08/2019 | $300.00 | |
| 02/15/2019 | $300.00 | | 04/22/2019 | $1,200.00 | | 06/18/2019 | $442.86 | |
| 09/11/2019 | $393.66 | | 09/25/2019 | $236.34 | | 10/17/2019 | $630.00 | 6258828000 |
| 11/20/2019 | $300.15 | 6342358000 | | | | | | |

**Total Receipts for the Period: $4,453.01    Amount Refunded to Debtor Since Filing: $3.48    Total Receipts Since Filing: $5,103.01**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $7,345.00 | $0.00 | $7,345.00 |
| 2 | MOHELA ON BEHALF OF<br>»» 002 | Unsecured Creditors | $7,277.84 | $0.00 | $7,277.84 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,966.02 | $0.00 | $2,966.02 |
| 4 | PHILADELPHIA FEDERAL CREDIT U<br>»» 004 | Unsecured Creditors | $3,000.00 | $0.00 | $3,000.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $691.70 | $0.00 | $691.70 |
| 6 | CACH, LLC<br>»» 006 | Unsecured Creditors | $2,633.62 | $0.00 | $2,633.62 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $431.10 | $0.00 | $431.10 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $736.80 | $0.00 | $736.80 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $338.32 | $0.00 | $338.32 |
| 10 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 011 | Unsecured Creditors | $2,455.29 | $0.00 | $2,455.29 |
| 11 | ASHLEY FUNDING SVCS LLC<br>»» 012 | Unsecured Creditors | $246.00 | $0.00 | $246.00 |
| 12 | MONTEREY FINANCIAL SERVICES<br>»» 13S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | MONTEREY FINANCIAL SERVICES<br>»» 13U | Unsecured Creditors | $287.28 | $0.00 | $287.28 |
| 14 | TD BANK USA NA<br>»» 014 | Unsecured Creditors | $423.19 | $0.00 | $423.19 |
| 15 | SYNCHRONY BANK<br>»» 015 | Unsecured Creditors | $540.73 | $0.00 | $540.73 |

**Chapter 13 Case No. 18-17658-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PA HOUSING FINANCE AGENCY<br>»» 016 | Mortgage Arrears | $19,505.40 | $1,157.64 | $18,347.76 |
| 17 | WELLS FARGO DEALER SERVICES<br>»» 017 | Unsecured Creditors | $6,581.54 | $0.00 | $6,581.54 |
| 18 | AMERICREDIT FINANCIAL SERVICES<br>»» 007 | Secured Creditors | $8,729.36 | $518.08 | $8,211.28 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 018 | Secured Creditors | $58.60 | $0.00 | $58.60 |
| 0 | DANIEL E MUELLER ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 0 | ESTHRALIETTA PARKER | Debtor Refunds | $3.48 | $3.48 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,103.01 | Current Monthly Payment: | $630.00 |
| Paid to Claims: | $4,679.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $423.81 | Total Plan Base: | $35,042.86 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.